**Order entered September 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00659-CV

### DELORIS PHILLIPS, Appellant

### V.

### PORSHALA DANYEL PHILLIPS AND WILLIAM BRENT, Appellees

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-00541**

## ORDER

Before the Court is appellant's "expedited emergency motion for necessitated extension of time to file letter brief and request for clarity of supplemental record combined as one with clerk's record." We note we directed appellant to file the letter brief after it appeared, from a review of the record, that we lacked jurisdiction over the appeal as no final judgment had been signed and the orders being challenged were not appealable. The letter brief was first due July 23, 2018, but we subsequently extended the deadline to August 6, 2018 and then to August 20, 2018.

Our jurisdiction over an appeal is a threshold issue. Accordingly, we **GRANT** the motion to the extent that we **ORDER** the letter brief be filed no later than September 17, 2018.

No further extension requests will be considered and failure to comply may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3.

/s/     DAVID EVANS
           JUSTICE